MATTERS CONCERNING THE TESTAMENT OF FERDINAND I, THE CODICILE, THE 4TH OF JANUARY 1926, ACT OF BANNING CAROL FROM RETURNING TO ROMANIA. THE RETURN OF CAROL TO ROMANIA IN JUNE 1930. THE REPEAL OF THE ACT OF 1926, BY AN ACT OF PARLIAMENT . THE PROCLAMATION OF CAROL II, KING OF ROMANIA , DIRECT AND LEGITIMATE MALE HEIR OF KING FERDINAND.



4390                                          MONITORUL

## MESAJE REGALE ȘI COMUNICATE
### ALE CASEI M. S. REGELUI

### DARE DE SEAMĂ
ASUPRA
SOLEMNITĂȚII PROCLAMĂRII A. S. R. PRINCIPELUI CAROL
REGE AL ROMÂNIEI

In ziua de 8 Iunie 1930, ora 11 a. m., Corpurile legiuitoare, întrunite într'o singură Adunare și constituite ca Reprezentanță Națională, declară anulate legile promulgate prin înaltele decrete regale Nr. 13 și 14 din 4 și 5 Ianuarie 1926 și, în consecință, pe temeiul art. 77 din Constituție, constată că succesiunea Tronului României se cuvine de drept A. S. R. Principelui Carol, coborîtor direct și legitim, în ordine de primogenitură bărbătească a Regelui Ferdinand I.

THE DECREES NR. 13 AND 14 OF 4TH AND 5TH OF JANUARY 1926 ARE ANNULED.  AND SO AS PER ARTICLE 77 OF THE CONSTITUTION OF 1923, PRINCE CAROL DIRECT DESCENDANT AND LEGITIMATE  IN THE LINE OF SUCCESSION, OF KING FERDINAND I.

KING CAROL'S SON MICHAEL, BECAME : "GRAND DUKE OF ALBA JULIA.

THE IMPORTANCE OF THIS, IS THAT  CAROL II HAVING RETURNED TO ROMANIA AND BEIGN CROWNED KING , WAS IN HIS RIGHTS TO TAKE POSESSION OF CASTEL PELES .,

"To my son Carol, Crown Prince of Romania, as my heir to the throne, I leave, in addition to his reserved share, all the available share and I decide to have in his share of inheritance the entire estate of Sinaia-Predeal together with Peleș Castle and the other castles, buildings and establishments, with the duties provided in this will for Pelisor Castle. I also leave him the houses and buildings in Bucharest which are absolutely necessary. At the same time he shall be bound to pay the legacies provided for the benefactions"

THEN:

"I annul the provision contained in this will by which I leave to my son Carol all the available share and the decision to include in his share of the inheritance the entire estate of Sinaia - Predeal together with the Peleș Castle and the other castles, buildings and establishments, with the charges provided for in this will for the Pelisor Castle, as well as the bequest of "the houses and buildings in Bucharest absolutely necessary "

AND:

<u>LETTER TO BRATIANO, PRESIDENT OF THE COUNCIL: JULY 15 1927.</u>

" I CANNOT LOOK TO THE FUTURE WITHOUT THINKING WITH A FATHER'S HEART OF MY DEAR SON CAROL TO WHOM I WISH AN HONOURABLE AND HAPPY EXISTENCE IN THE NEW DESTINY HE HAS CHOSEN IN SPITE OF US. I HAVE NO DOUBT THAT, LIKE EVERY ROMANIAN WHO LOVES YOUR COUNTRY AND WITH MORE DEVOTION THAN ANY OTHER, HE WILL TRY BY ALL MEANS IN HIS POWER , I HAVE DELIBERATELY REFUSED THE JOY OF SEEING HIM ONCE AGAIN FOR THE SAME REASON, I ASK HIM TO RETURN TO ROMANIA ONLY WHEN THE LEGAL AUTHORITIES ALLOW HIM TO DO SO, AS HE HAS UNDERTAKEN TO DO. MY SON CAROL MUST IMPOSE ON ALL THE MISGUIDED MINDS THE RESPECT OF THE LEGAL SITUATION CREATED BY HIS RENUNCIATION OF THE THRONE, JUST AS HIS MOST IMPERIOUS DUTIES AS A ROMANIAN, AS A SON AND AS A FATHER, ORDER HIM TO RESPECT THE COMMITMENT HE MADE OF HIS OWN FREE WILL, WITHOUT BEING FORCED BY ANYONE."

SO, THE LEGAL AUTHORITIES  DID ALLOW CAROL TO COME BACK TO ROMANIA, AND THEY DID SO BY ANNULING THE THE DECREES NR. 13 AND 14 OF 4TH AND 5TH OF JANUARY 1926. AND BY THE AUTHORITY OF ARTICLE 77 OF THE CONSTITUTION OF 1923.


PRINCE MICHAEL HOHENZOLLERN-SIGMARINGEN,THE ABDICATED EX KING,  ATTEMPTED TO ROB HIS FATHERS PROPERTIES, BY PASSING A NUMBER OF DECREE LAWS, DURING THE UNCONSTITUTIONAL
ROGUE REGIME OF 1940-1944 . AND  THEREAFTER, UPON HIS RETURN TO ROMANIA AFTER THE FALL OF THE COMMUNIST REGIME IN 1989, UNRELENTESLY PURSUED, WITH SUCCESS THE RECOVERY OF THE PELES CASTLE, AS WELL AS SINAIA PREDEAL, PELISOR, AND OTHER PROPERTIES.  PRINCE MICHAEL HOHENZOLLERN-SIGMARINGEN  AND HIS LAWYER  MR ADRIAN

VASILIU, INTOXICATED THE MEDIA, AND MEMBERS OF THE JUDICIAL , POLITICAL, AND GOVERNAMENTAL ,INSTITUTIONS , WITH THE FALSE NARRATIVE, THAT PRINCE MICHAEL HOHENZOLLERN-SIGMARINGEN, WAS THE SOLE HEIR TO THE  PROPERTIES DESCRIBED IN KING FERDINANDS TESTAMENT, ADDING HIS FATHER HAD FORFEITED HIS RIGHTS.

THE GOVERNMENT OF ROMANIA, NOT CARING TO VERIFY  THE  FACTS, THROUGH THE MINISTRY OF CULTURE GAVE PRINCE MICHAEL HOHENZOLLERN-SIGMARINGEN, THE PELES CASTLE , AND ESTATE, AND THE USE OF THE ELISABETHA CASTLE, PLUS FUNDS FOR THE MAINTENACE OF THE CASTLE.

PRINCE PAUL OF ROMANIA, AS PER ARTICLE 77 OF THE CONSTITUTION , IS THE DIRECT DESCENDANT AND LEGITIMATE  IN THE LINE OF SUCCESSION, OF KING CAROL II, DIRECT DESCENDANT AND LEGITIMATE  IN THE LINE OF SUCCESSION, OF KING FERDINAND I.

A NOTICE WILL BE GIVEN, TO THE HEIRS OF PRINCE MICHAEL HOHENZOLLERN-SIGMARINGEN , TO CEASE AND DESIST USING TITLES AND PREROGATIVES NOT GRANTED TO THEM BY THE CONSTITUTION OF 1923. ALL RULES ISSUED BY PRINCE MICHAEL HOHENZOLLERN-SIGMARINGEN ARE NUL AND VOID. THE CONSTITUTION OF 1923.IS IN FORCE FOR MATTERS CONCERNING THE GOVERNANCE OF THE "ROYAL HOUSE OF ROMANIA"
NOTICE IS ALSO GIVEN, THAT THE OFFICIAL NAME OF THE ROYAL HOUSE OF ROMANIA, OF KING CAROL I, FERDINAND I, CAROL II, IS HOHENZOLLERN-SIGMARINGEN -ROMANIA.
 TO ABANDON IMMEDIATELY THE USE AND ABUSE OF PROPERTIES NOT BELONGING TO THEM, PENDING  THE  DISSPERSAL OF THE PROBATE OF KING CAROL II, IN THE CIVIL COURT OF LISBON.
 TO RETURN TO PROBATE ALL ITEMS THAT HAVE BEEN REMOVED FROM ROMANIA DURING THE 1940-1947 PERIOD.
 TO DESIST OF THE USE OF THE NAME : " ROYAL HOUSE OF ROMANIA"  FOR PURPOSES OTHER THAN THOSE ALLOWED BY PRINCE PAUL OF ROMANIA.  TO DESIST OF THE USAGE OF THE TITLE BY PRINCESS MARGARETTA, OF "CUSTODIAN OF THE CROWN" .
 ANY USAGE OF TITLES BY  THE DESCENDENTS OF PRINCE MICHAEL HOHENZOLLERN-SIGMARINGEN, WILL HAVE TO BE APPROVED BY PRINCE PAUL OF ROMANIA.

L'acte du 4 janvier 1926 ayant été annulé, le roi Charles est considéré comme ayant succédé immédiatement au roi Ferdinand; pour remédier aux difficultés de droit public et de droit constitutionnel que pourrait créer cette situation, un décret royal en date du 9 juin a ratifié tous les actes du Conseil de régence et des différents ministères depuis le jour de la mort du roi Ferdinand jusqu'au jour de la proclamation du prince Carol comme roi.

Par décision en date du 11 juin publiée au *Moniteur Officiel*, le roi a autorisé la princesse Hélène à porter le titre de Majesté en considération du fait qu'elle a eu droit à ce titre à dater du jour de la mort du roi Ferdinand et que le divorce n'a été prononcé qu'ultérieurement. La question de savoir si et comment le divorce sera annulé est à l'étude.

D'Oberammergau la reine Marie a envoyé un télégramme de félicitation en termes chaleureux à son fils aîné pour son avènement et un autre télégramme à son second fils pour la part qu'il a prise à cet événement; étant donné les nouvelles qui avaient circulé dans les dernières semaines au sujet des relations de la reine avec ses deux fils et de son opinion sur les faits qui viennent de se dérouler, ces télégrammes ont produit une grande impression dans le public et surtout dans le parti libéral (*Lupta*, 10-6). La reine Marie est rentrée à Bucarest le 13 juin et a été reçue en grande pompe à la gare; elle a embrassé le roi puis le prince Nicolas et on a pu remarquer, de part et d'autre, les signes d'une profonde émotion et d'une vive affection. La reine Hélène n'ayant pu venir à la gare par suite d'une légère indisposition, la reine Marie lui a rendu longuement visite et les rapports les plus cordiaux ont été rétablis entre les deux souveraines. Entre le roi et la reine Hélène les relations protocolaires ont été reprises; le prince Michel est tantôt auprès de sa mère et tantôt auprès de son père.

*Dreptatea* (22-6) reproduit une interview accordée par le roi au représentant de l'*International News Service*: