(5.)

194

Telegramm
(Geh.Ch.V.)

Bukarest, den 13. Februar 1943   19.30 Uhr
Ankunft:    "   13.    "    1943    20.25  "

Nr. 791 vom 13.2.

fehlt anscheinend
Klartext

Verteiler Nr. 4:

Pol I

_____ (Arb St)

RAM
St S
U St S
U St Pol
Pol I
7) Recht,
Kult. 8) Ha Pol,
9) Presse,
13) Ru., 14) Inf.

Ast. (wenn nicht Pol Arb
Abt. Inf)

Telko.

    Marschall Antonescu sandte heute
Mihai Antonescu zum König und ihm mit-
teilen, daß ihm bekannt sei, daß Maniu
zum König Verbindung aufgenommen habe
durch den das Hofmarschallamt verwaltenden
Herrn Stircea-Mocsoni. Der Marschall ver-
lange, daß der König denselben rasch
entlasse. Falls der König ablehne, werde
er Stircea sofort an die Front schicken.
Der König hat dem Verlangen nachgegeben
und Stircea entlassen. Die Königin-Mutter
Helene, die bei Unterredung Königs mit
Mihai Antonescu zugegen war, nahm scharf
gegen die Maßnahmen des Marschalls Stellung
und beschwerte sich im allgemeinen über
die rigorosen Maßnahmen des Marschalls.
Hierauf ließ ihr Marschall sagen, ein
Salonwagen stehe bereit, sie könne jeden
Tag nach Florenz abreisen. Der König jedoch
habe in Rumänien zu bleiben und das zu tun,
was Volk und Land von ihm verlangen. Ein
Nachfolger des Stircea ist noch nicht
ernannt.

                        Killinger

Secret
Secret

Nur als
Verschlußsache 346
zu behandeln.

## Telegramm
(geh.Ch.V.)

Bukarest, den 11.April 1944 - 16.40 Uhr
Ankunft, den 11.  "    "  - 18.30 Uhr

Nr.1399 vom 11.IV.        C i t o !

+) Pol IV b (V.S.)

St.S.Keppler
U.St.S.Pol
Botschafter Ritter
Botschafter Gaus
Leiter Abt. Pers
 "   "  H. Pol
 "   "  Recht
 "   "  Kult Pol
 "   "  Presse
 "   "  Rundfunk
Chef Prot
Dg. Pol
Gr. Leiter Inl. I
Gr. Leiter Inl. II
Arb.-Expl. bei

Auf Drahterlaß 1042+) vom 10.April.

Da Marschall in Galatz, besprach ich Angelegenheit mit Mihai Antonescu. Er sagte mir, daß er innerpolitische Bedenken geäußert habe betreffs Abreise Königinmutter, daß aber Marschall einverstanden gewesen sei. Angelegenheit sei aber überholt, da Königin nach Bombardement Bukarests und Ploestis unter allen Umständen in Rumänien bleiben will. Sie bittet aber um deutsche Unterstützung einige Waggons plombiert mit wertvollen Sachen (Bilder usw.) nach der Schweiz zu schicken, damit diese durch erneute Angriffe nicht vernichtet werden oder Russen in die Hände fallen.

Killinger

187462