M.S. Riegle Mihau            Copie

Oqu   125.1

Valoren per 31. Dezember 1948        Détail 1

|  | Kto-Blatt: | Pr. |
|---|---|---|
| 3 1/4% Eidgenössische Anleihe 1945 (Dez) | 150 | 60'000.— |
| 1'500 Anteile America Canada Trust Fund | 151 | 150'622.50 |
| Rumänische Goldmünzen Lei 11'400.— | 156 | 14'900.— |
| 2'500 Anteile America Canada Trust Fund | 162 | 252'794.60 |
| USA Goldmünzen $ 28.50 | 159 | 80.— |
| Tresorfach 3023: div. Schmuck pro Memoria | 100 | 1.— |
| "        3025: div. Bilder    " | 101 | 1.— |
| "        2023: 1 Oelgemälde/Kinderbildnis | 102 | 1.— |
| "        2022: 1    "    Männerbildnis | 103 | 1.— |
| "        2021: 1    "    Christus | 104 | 1.— |
| "        2020: 1    "    S. Sebastian | 105 | 1.— |
| "        2019: 1    "    Männerportrait | 106 | 1.— |
| "        2018: 1    "    Skt. Martin | 107 | 1.— |
| "        2017: 1    "    Ecce Homo | 108 | 1.— |
| "        2016: 1    "    Modonna z/Kind | 109 | 1.— |

Total der Valoren laut Kto. No. 40 .................... Dfr. 478'407.10

Zürich, den 31. Januar 1949



SCHWEIZERISCHE
BANKGESELLSCHAFT
Union de Banques Suisses • Unione di Banche Svizzere • Union Bank of Switzerland