N° S 23-86.909 N    N° 32985

CB20    **DECEMBER 20, 2023**

R E P U B L IC OF FRANCE

IN THE NAME OF THE FRENCH PEOPLE

ORDER OF THE COURT OF CASSATION, CRIMINAL DIVISION, DECEMBER 20, 2023

The Public Prosecutor at the Paris Court of Appeal has lodged an appeal against ruling no.° 1 of the 5th section of the Paris Court of Appeal's Investigating Chamber dated November 29, 2023, which refused to surrender Mr. Paul Philippe Al Romaniei to the Romanian judicial authorities who had issued a European arrest warrant.

M. Bonnal, President of the Criminal Division of the Court of Cassation, has issued this order.

1. The plaintiff has lodged a regular appeal against the aforementioned judgment.

2. The case file reached the Court of Cassation on December 4, 2023.

3. The claimant has not filed, either personally or through his lawyer, a brief setting out his grounds for appeal within the legal time limit of five days from receipt of the file at the Cour de cassation.

4. He should therefore be declared stripped of his right to appeal pursuant to article 574-2 of the French Code of Criminal Procedure.

**IN CONSEQUENCE**, the appeal is declared null and void.

N° S 23-86.909 N                                                              N° 32985

CB20                                                                **20 DÉCEMBRE 2023**


R É P U B L I Q U E   F R A N Ç A I S E
_____


AU NOM DU PEUPLE FRANÇAIS
_____


ORDONNANCE DE LA COUR DE CASSATION, CHAMBRE
CRIMINELLE, DU 20 DÉCEMBRE 2023
_____


Le procureur général près la cour d'appel de Paris a formé un pourvoi contre l'arrêt n° 1 de la chambre de l'instruction de la cour d'appel de Paris, 5e section, en date du 29 novembre 2023, qui a refusé la remise de M. Paul Philippe Al Romaniei aux autorités judiciaires roumaines ayant délivré un mandat d'arrêt européen.

M. Bonnal, président de la chambre criminelle de la Cour de cassation, a rendu la présente ordonnance.

1. Le demandeur s'est régulièrement pourvu en cassation contre l'arrêt susvisé.

2. Le dossier de la procédure est parvenu à la Cour de cassation le 4 décembre 2023.

3. Le demandeur n'a pas déposé dans le délai légal de cinq jours à compter de la réception du dossier à la Cour de cassation, personnellement ou par son avocat, un mémoire exposant ses moyens de cassation.

4. Il y a lieu, dès lors, de le déclarer déchu de son pourvoi par application de l'article 574-2 du code de procédure pénale.

**EN CONSÉQUENCE**, la déchéance du pourvoi est constatée.