# THE GRIFFITH FIRM

77 SANDS STREET

BROOKLYN, NEW YORK 11201

(646) 645-3784

MOBILE: (646) 645-3784                                                                                                        TELECOPIER: (718) 228-3777
EMAIL: EG@THEGRIFFITHFIRM.COM                                                                      URL: HTTP://WWW.THEGRIFFITHFIRM.COM

February 9, 2025

**VIA EMAIL (info@christies.com)**

Jason Pollack,
Senior Vice President – General Counsel, Americas
Christie's, Inc.
20 Rockefeller Plaza
New York, New York 10020

   *Re:* Demand by Paul Philippe of Romania for the Return of El Greco's Saint Sébastien to its Owner, the Estate of Carol II of Romania

Dear Mr. Pollack:

  As you may know El Greco's Saint Sébastien (1600), which I understand Christie's has on consignment, was stolen by ex-King Michael from his father, Carol II of Romania, on November 12, 1947.

  Paul Philippe of Romania, on behalf of the Estate of Carol II, hereby demands that Christie's return the painting to the Estate of Carol II. Paul is in the process of applying to the New York Surrogate's Court to be appointed as the New York administrator of Carol II. Pending that appointment, it would be acceptable if Christie's confirms that it is holding the painting in escrow for the benefit of the Estate.

               Sincerely,

               Edward Griffith

EG:gb

A PROFESSIONAL LIMITED LIABILITY COMPANY