```
JS 44C/SDNY                           CIVIL COVER SHEET
REV.
12/04/2024      The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or
                other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the
                United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.
```

PLAINTIFFS | DEFENDANTS
---|---
PAUL PHILIPPE OF ROMANIA on behalf of the ESTATE OF CAROL II OF ROMANIA. | CHRISTIE'S, INC.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN)
---|---
Edward Griffith, THE GRIFFITH FIRM, PLLC, 77 Sands Street, Brooklyn, New York 11201; (646) 645-3784 (mobile) |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 1332(a); This is an action for Replevin to recover the painting Saint Sébastien by El Greco, which was stolen in 1947.

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☐ Yes ☑ _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. ☐   Invol. ☐   Dismissed. No ☐  Yes ☐   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No ☒        Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                    **NATURE OF SUIT**

                          TORTS                                                    ACTIONS UNDER STATUTES

**CONTRACT**           **PERSONAL INJURY**         **PERSONAL INJURY/**          **FORFEITURE/PENALTY**   **BANKRUPTCY**              **OTHER STATUTES**
                                                   [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE     [ ] 310 AIRPLANE            PHARMACEUTICAL PERSONAL       [ ] 625 DRUG RELATED    [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120  MARINE        [ ] 315 AIRPLANE PRODUCT    INJURY/PRODUCT LIABILITY         SEIZURE OF PROPERTY          28 USC 158           [ ] 376 QUI TAM
[ ] 130  MILLER ACT            LIABILITY           [ ] 365 PERSONAL INJURY          21 USC 881           [ ] 423 WITHDRAWAL           [ ] 400 STATE
[ ] 140  NEGOTIABLE    [ ] 320 ASSAULT, LIBEL &            PRODUCT LIABILITY    [ ] 690 OTHER                    28 USC 157                   REAPPORTIONMENT
         INSTRUMENT            SLANDER             [ ] 368 ASBESTOS PERSONAL                                                          [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF   [ ] 330 FEDERAL                     INJURY PRODUCT                                                             [ ] 430 BANKS & BANKING
         OVERPAYMENT &         EMPLOYERS'                  LIABILITY            **PROPERTY RIGHTS**                                   [ ] 450 COMMERCE
         ENFORCEMENT           LIABILITY                                                                                              [ ] 460 DEPORTATION
         OF JUDGMENT   [ ] 340 MARINE              **PERSONAL PROPERTY**        [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT  [ ] 345 MARINE PRODUCT                                   [ ] 830 PATENT                                                ENCED & CORRUPT
[ ] 152  RECOVERY OF           LIABILITY           [x] 370 OTHER FRAUD          [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION               ORGANIZATION ACT
         DEFAULTED     [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING                                                                   (RICO)
         STUDENT LOANS [ ] 355 MOTOR VEHICLE                                    [ ] 840 TRADEMARK                                     [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)       PRODUCT LIABILITY                                                        **SOCIAL SECURITY**           [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF   [ ] 360 OTHER PERSONAL                                                                                                 PROTECTION ACT
         OVERPAYMENT           INJURY              [ ] 380 OTHER PERSONAL       **LABOR**               [ ] 861 HIA (1395ff)
         OF VETERAN'S  [ ] 362 PERSONAL INJURY -           PROPERTY DAMAGE                              [ ] 862 BLACK LUNG (923)
         BENEFITS              MED MALPRACTICE     [ ] 385 PROPERTY DAMAGE      [ ] 710 FAIR LABOR      [ ] 863 DIWC/DIWW (405(g))    [ ] 490 CABLE/SATELLITE TV
[ ] 160  STOCKHOLDERS                                      PRODUCT LIABILITY            STANDARDS ACT   [ ] 864 SSID TITLE XVI         [ ] 850 SECURITIES/
         SUITS                                                                  [ ] 720 LABOR/MGMT      [ ] 865 RSI (405(g))                   COMMODITIES/
[ ] 190  OTHER                                     **PRISONER PETITIONS**               RELATIONS                                             EXCHANGE
         CONTRACT                                  [ ] 463 ALIEN DETAINEE       [ ] 740 RAILWAY LABOR ACT
[ ] 195  CONTRACT                                  [ ] 510 MOTIONS TO           [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**         [ ] 890 OTHER STATUTORY
         PRODUCT              ACTIONS UNDER STATUTES       VACATE SENTENCE      LEAVE ACT (FMLA)                                              ACTIONS
         LIABILITY                                         28 USC 2255                                  [ ] 870 TAXES (U.S. Plaintiff or [ ] 891 AGRICULTURAL ACTS
[ ] 196  FRANCHISE     **CIVIL RIGHTS**            [ ] 530 HABEAS CORPUS        [ ] 790 OTHER LABOR             Defendant)            [ ] 893 ENVIRONMENTAL
                                                   [ ] 535 DEATH PENALTY               LITIGATION      [ ] 871 IRS-THIRD PARTY                MATTERS
                       [ ] 440 OTHER CIVIL RIGHTS  [ ] 540 MANDAMUS & OTHER     [ ] 791 EMPL RET INC            26 USC 7609           [ ] 895 FREEDOM OF
**REAL PROPERTY**              (Non-Prisoner)                                           SECURITY ACT (ERISA)                                  INFORMATION ACT
                       [ ] 441 VOTING                                                                                                 [ ] 896 ARBITRATION
[ ] 210  LAND          [ ] 442 EMPLOYMENT                                       **IMMIGRATION**                                       [ ] 899 ADMINISTRATIVE
         CONDEMNATION  [ ] 443 HOUSING/            **PRISONER CIVIL RIGHTS**                                                                  PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE           ACCOMMODATIONS                                   [ ] 462 NATURALIZATION                                APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &  [ ] 445 AMERICANS WITH      [ ] 550 CIVIL RIGHTS                 APPLICATION
         EJECTMENT             DISABILITIES -      [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION                             [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND         EMPLOYMENT          [ ] 560 CIVIL DETAINEE               ACTIONS                                               STATE STATUTES
[ ] 245  TORT PRODUCT  [ ] 446 AMERICANS WITH              CONDITIONS OF CONFINEMENT
         LIABILITY             DISABILITIES -OTHER
[ ] 290  ALL OTHER     [ ] 448 EDUCATION
         REAL PROPERTY

*Check if demanded in complaint:*

☐  CHECK IF THIS IS A **CLASS ACTION**          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                            AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                                 IF SO, STATE:

DEMAND $_____     OTHER_____     JUDGE_____     DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:  ☒ YES    ☐ NO            NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32)

| (PLACE AN x IN ONE BOX ONLY) | | | **ORIGIN** | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation (Transferred) | ☐ 7 Appeal to District Judge from Magistrate Judge |
| | ☐ a. all parties represented | | | | | |
| | ☐ b. At least one party is pro se. | | | | ☐ 8 Multidistrict Litigation (Direct File) | |

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY) ☒ 4 DIVERSITY

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [x] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [x] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Paul Philippe of Romania
30 Rue Labrouste
Paris 75006
FRANCE

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Christie's Inc.
20 Rockefeller Plaza
New York, New York 10020

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

### COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one: THIS ACTION SHOULD BE ASSIGNED TO: ☐ WHITE PLAINS ☒ MANHATTAN

DATE 02/09/2025 /s/Edward Griffith
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. July Yr. 1984)
Attorney Bar Code # EG5595

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)