

womblebonddickinson.com

Womble Bond Dickinson (US) LLP

950 Third Avenue
Suite 2400
New York, NY 10022

t: 332.258.8400
f: 332.258.8949

February 11, 2025

Joseph Patella
Partner
Direct Dial: 332-258-8483
E-mail: Joseph.Patella@wbd-us.com

**VIA ECF**

Honorable Louis L. Stanton
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:  Paul Philippe of Romania v. Christie's Inc.
            Case No. 1:25-cv-01151-LLS

Dear Judge Stanton:

      Our firm represents Defendant Christie's Inc. ("Christie's") in connection with the above-referenced matter. Pursuant to Section 1(E) of Your Honor's Individual Practices, we write to request an adjournment of the Show Cause Hearing presently scheduled for tomorrow afternoon at 2:30 p.m. We apologize for not making this request more than 48 hours before the court appearance in accordance with this section, as (i) Christie's only received the relevant documents today and not 48 hours before the scheduled hearing, and (ii) our firm was just retained today to handle this matter.

      As this Court is aware, Plaintiff commenced this action seeking replevin of a painting, *Saint Sébastien* (the "Painting"), by the Spanish artist Doménikos Theotokópoulos, widely known as El Greco. Christie's respectfully requests that the Show Cause Hearing be adjourned to March 3, 2025, to allow Christie's time to file an interpleader counterclaim pursuant to Rule 22 of the Federal Rules of Civil Procedure, as Christie's does not own the Painting and has received an additional claim to the Painting. In the interim, Christie's agrees to maintain and take appropriate measures to safeguard the Painting.

      This is Christie's first request for an adjournment. We have consulted with Plaintiff's counsel, who consents to the requested adjournment. Other than the Show Cause Hearing, no other dates have been scheduled in this matter.

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.



      Accordingly, Christie's, with the consent of Plaintiff, respectfully requests that the Show Cause Hearing scheduled for tomorrow, February 12, 2025, by adjourned to March 3, 2025, or a future date determined by the Court. We thank the Court for its consideration.

                                        Respectfully submitted,

                                        Joseph A. Patella

cc:      All Counsel of Record