# THE GRIFFITH FIRM

77 Sands Street
Brooklyn, New York 11201
(646) 645-3784

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/25

Mobile: (646) 645-3784
Email: EG@THEGRIFFITHFIRM.COM

Telecopier: (718) 228-3777
URL: HTTP://WWW.THEGRIFFITHFIRM.COM


MEMO ENDORSED

February 11, 2025

**VIA ECF**

Hon. Louis L. Stanton
United States District Judge for
 the Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21C
New York, New York 10007

    Re:   *Paul Philippe of Romania, on behalf of the Estate of King Carol II of Romania v. Christie's, Inc.*, 1;25-cv-1151-LLS

Dear Judge Stanton:

As defense counsel's letter notes, Plaintiff consents to the requested adjournment of tomorrow's hearing to March 3, 2025, provided, of course, that the temporary restraining order remains in place.

Sincerely,

Edward Griffith

EG:gb

*[Handwritten endorsement: So Ordered at 12 noon / Louis L. Stanton / 2/11/25]*

A PROFESSIONAL LIMITED LIABILITY COMPANY