ORIGINAL

MEMO ENDORSED

wemblebonddickinson.com



**WOMBLE BOND DICKINSON**

February 28, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/25

Womble Bond Dickinson (US) LLP

950 Third Avenue
Suite 2400
New York, NY 10022

t: 332.258.8400
f: 332.258.8949

**VIA ECF**

Honorable Louis L. Stanton
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Joseph Patella
Partner
Direct Dial: 332-258-8483
E-mail: Joseph.Patella@wbd-us.com

Re: **Paul Philippe of Romania v. Christie's Inc.**
    **Case No. 1:25-cv-01151-LLS**

Dear Judge Stanton:

As this Court is aware, our firm represents Defendant Christie's Inc. ("Christie's") in connection with the above-referenced matter. Pursuant to Section 1(E) of Your Honor's Individual Practices, we write to request a further adjournment of the Show Cause Hearing presently scheduled for Monday, March 3, 2025 at 12:00 p.m.

Plaintiff commenced this action seeking replevin of a painting, *Saint Sébastien* (the "Painting"), by the Spanish artist Doménikos Theotokópoulos, widely known as El Greco. On February 26, 2025, Christie's filed an interpleader counterclaim and third-party claim, adding two additional parties that have also asserted claims of ownership of the Painting (collectively with Plaintiff, "Claimants") [Dkt. No. 17]. As noted in this pleading, Christie's is currently in possession of the Painting and makes no claim of ownership to it. While the Claimants decide how to proceed, Christie's is willing to maintain possession of the Painting for another 120 days. Accordingly, Christie's respectfully requests that the Show Cause Hearing be adjourned to July 1, 2025 and that the temporary restraining order entered by the Court remain in place during this time.

This is Christie's second request for an adjournment. The Court granted Christie's first request on February 11, 2025. We have consulted with Plaintiff's counsel, who consents to the adjournment requested herein. Other than the Show Cause Hearing, no other dates have been scheduled in this matter.

*So Ordered, on Consent*
*Louis L. Stanton*
*2/28/25*

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.



Accordingly, Christie's, with the consent of Plaintiff, respectfully requests that the Show Cause Hearing scheduled for Monday, March 3, 2025, be adjourned to July 1, 2025, or a future date determined by the Court. We thank the Court for its consideration.

Respectfully submitted,

Joseph A. Patella

cc: All Counsel of Record