AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| **Paul Philippe of Romania, on behalf of the Estate of King Carol II of Romania** <br> *Plaintiff* <br> v. <br> **Christie's Inc.** <br> *Defendant, Third-party plaintiff* <br> v. <br> **Accent Delight International Ltd. and State of Romania** <br> *Third-party defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*

        **Accent Delight International Ltd.**
        **Road Town, Trident Chambers**
        **P.O. Box 146**
        **Tortola, British Virgin Islands**

     A lawsuit has been filed against defendant ____**Christie's Inc.**____, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __**Paul Philippe of Romania on behalf of the Estate of King Carol II of Romania**__.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

    **Joseph A. Patella, Womble Bond Dickinson (US) LLP 950 Third Avenue, Suite 2400**
    **New York, NY  10022**
    **(332) 258-8483; Email:  Joseph.Patella@wbd-us.com**

     It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

    **Edward Griffith, THE GRIFFITH FIRM,**
    **77 Sands Street, Brooklyn, New York 11201**
    **(646) 645-3784; Email: eg@thegriffithfirm.com**

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

  A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

                                                      *CLERK OF COURT*

                                                      _____

                                                      *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: