# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

March 18, 2025

**VIA ECF**

Hon. Louis L. Stanton
United States District Judge for
the Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21 C
New York, New York 10007

Re:   Paul Philippe of Romania, on behalf of the Estate of King Carol II of Romania v. Christie's, Inc., 1:25-cv-1151-LLS

Dear Judge Stanton:

As counsel for Third-Party Interpleader-Defendant Accent Delight International, Ltd., we too oppose Plaintiff's request for a Rule 26(f) discovery conference. A discovery conference before all parties have appeared and answered would be premature and only have to be redone and lead to extra, not less, work. Any concerns Plaintiff has about third-party documents can be addressed through Plaintiff sending document preservation letters to the third-parties.

Respectfully,

Daniel J. Kornstein
Attorney for Accent Delight
International, Ltd.

DJK:cr

cc: All Counsel via ECF