# EXHIBIT 2



Nixon Peabody LLP
Tower 46
55 West 46th Street
New York, NY 10036-4120

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Thaddeus J. Stauber**
Partner

T / 212.224.7351
F / 866.877.2293
tstauber@nixonpeabody.com

February 28, 2025

<u>Via NYSCEF</u>

Supreme Court of the State of New York
County of New York
New York County Courthouse
60 Centre Street
New York, NY 10007

Re: *State of Romania v. Saint Sebastian, a painting by Domenikos Theotokopoulos, et al.,*
NYSC Index No. 651068/2025

Your Honor:

Pursuant to an agreement reached today between Christie's and plaintiff, the State of Romania ("Romania"), Christie's shall continue to hold the artwork at issue in this action—a painting by Doménikos Theotokópoulos (called El Greco), oil on canvas, oval 35 ½ x 27 ¾ in. (90.2 x 70.5 cms.), entitled *Saint Sebastian* (the "Painting")—and shall not release it to the consignor of the Painting or any other person(s) or otherwise move it from its New York location on or before July 1, 2025, unless otherwise required by law, regulation or court order.

Romania and Christie's have further agreed that Romania will file an amended pleading in this action <u>within thirty (30) days of today's date</u> dismissing Christie's from this case and amending any of Romania's causes of action to remove Christie's as a defendant, as applicable. In the next thirty (30) days, Romania will continue to work with Christie's, through counsel, in good faith to determine if it is necessary to name Christie's as a nominal defendant in these proceedings solely based on its current possession, as the consignee, of the Painting and in order to safeguard Romania's claims. If a further agreement cannot be reached within 30 days, Christie's and Romania will seek the Court's assistance and instruction on how to proceed, given Christie's role is solely that of a custodial party.

Sincerely,

Thaddeus J. Stauber
Partner

TJS/hlg

CC (via email):   Joseph Patella (Joseph.Patella@wbd-us.com), counsel for Christie's
Aaron Brian (abrian@nixonpeabody.com), counsel for Romania
Alexandru Stănescu (alexandru.stanescu@lexters.com), counsel for Romania
Irina Vasile (irina.vasile@lexters.com), counsel for Romania

4918-1838-4417.1