UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILIPPE OF ROMANIA, on behalf of the ESTATE OF KING CAROL II OF ROMANIA,

          Plaintiff,

-against-

CHRISTIE'S, INC.,

          Defendant.

Case No. 25-cv-1151 (LLS)

CHRISTIE'S, INC.,

          Counterclaim and Third-Party Plaintiff,

-against-

PAUL PHILIPPE OF ROMANIA, on behalf of the ESTATE OF KING CAROL II OF ROMANIA,

          Counterclaim Defendant,

ACCENT DELIGHT INTERNATIONAL LTD. and STATE OF ROMANIA,

          Third-Party Defendants.

ACCENT DELIGHT INTERNATIONAL LTD.,

          Interpleader Defendant and Cross-Claim Plaintiff,

-against-

PAUL PHILIPPE OF ROMANIA, on behalf of the ESTATE OF KING CAROL II OF ROMANIA, and STATE OF ROMANIA,

          Interpleader Defendants and Cross-Claim Defendants.

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Accent Delight International Ltd., which is an entity incorporated in the British Virgin Islands, by and through its undersigned counsel, states: (1) It is owned by Bolton Trustees Limited (Cyprus) as trustees of the Domus Trust; and (2) No publicly held corporation owns 10% or more of its stock.

Dated: April 14, 2025
       New York, New York

                                         EMERY CELLI BRINCKERHOFF
                                         ABADY WARD & MAAZEL LLP

                                         */s/ Sonya Levitova*
                                         Daniel J. Kornstein
                                         O. Andrew F. Wilson
                                         Sonya Levitova

                                         One Rockefeller Plaza, 8th Floor
                                         New York, New York 10020

                                         (212) 763-5000

                                         *Attorneys for Interpleader Defendant*
                                         *and Cross-Claim Plaintiff Accent*
                                         *Delight International, Ltd.*