# EXHIBIT I



Nixon Peabody LLP
Tower 46
55 West 46th Street
New York, NY 10036-4120
**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Thaddeus J. Stauber**
Partner

T / 212.224.7351
F / 866.877.2293
tstauber@nixonpeabody.com

*By email only*

February 26, 2025

Joseph A. Patella
Womble Bond Dickinson LLP
950 Third Avenue, Suite 2400
New York, NY, 10022
*joseph.patella@wbd-us.com*

Re:    Romania's Claim to Stolen Painting, *Saint Sebastian*, by El Greco
       Demand for Return

Dear Joe:

Thank you for the opportunities to discuss our client, the State of Romania, and its efforts to recover the painting by Doménikos Theotokópoulos (called El Greco), titled *Saint Sebastian*, oil on canvas, oval 35 ½ x 27 ¾ in. (90.2 x 70.5 cm.) (the "Painting"). As you know, the Painting was scheduled to be offered at Christie's Old Masters Auction, February 5, 2025, New York, New York. On January 29, 2025, on behalf of Romania, we submitted a claim of ownership and demand for return of the Paining to Christie's. Afterwards, over the objection of the consignors, Christie's agreed to withdraw the Painting from the auction and hold the Painting until February 28, 2025. Christie's did not agree to return the Painting to Romania.

Based on discussions I have had with Manhattan Asst. D.A. Matthew Bogdanos this week, we understand he has sent a letter to Christie's asking it to hold the Painting pending an investigation into this matter. We understand that Christie's has and will continue to comply with that request. Please advise if that is not the case.

Romania's Prime Minister and Ministers of Finance and Culture prepared signed written statements in support of Romania's claim. Copies of these signed statements are enclosed herewith. The Romanian Prosecutor's Office has also opened an investigation and submitted a request for assistance to U.S. authorities. And the Romanian Ambassador to the U.S. has prepared a written request to U.S. law enforcement seeking assistance in recovery of the Painting.

We have just recently learned that Paul Phillipe filed a federal lawsuit against Christie's for the Painting. Paul Philippe claims ownership through his alleged relation to former King Carol II, and argues that the Painting was stolen from his relatives. His claim has no merit. Under Romanian law, the Painting was and remains property of the State of Romania—it was not the personal property of the kings—and no descendent of any former king has rights in the Painting. Furthermore, Paul Philippe has not secured letters testamentary and may not be able to do. As such, he lacks standing to assert a claim for the Painting.

Conversely, Romania's claim is based on historical documents and proper application of Romanian law. Romania's first Monarch, King Carol I, by his will of February 14 and 26, 1899, bequeathed the Painting to the Romanian Crown, upon his death (occurring in 1914), with his entire painting gallery "to remain, forever and in its entirety in the country, as property of the Romanian Crown." The Romanian Crown is a public institution, owned by the state. In 1947, by virtue of Romanian law, the Monarchy was dissolved and all Crown property, including the Painting, remained property of the Romanian State.

4910-1866-3712.1

Romania's Claim to *Saint Sebastian*, by El Greco
Page 2

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

Contrary to Christie's published provenance—"Ownership transferred to King Michael I of Romania (1921-2017), 11-12 November 1947, with the accord of the Romanian government"—no ownership could have been transferred back to the King by an "accord"' of the Romanian government.  As the facts and law demonstrate, the Painting was stolen from the State of Romania, remains the property of Romania, and its removal from the country in November 1947 by former King Michael I was unlawful.

In addition to lacking merit, and standing, Paul Philippe's lawsuit was filed in the wrong forum. Once all necessary parties are added to his lawsuit, including defendants Romania and the foreign consignors Accent Delight and Dmitry Rybolovlev, there will be a foreign plaintiff **and** foreign defendants, which defeats diversity jurisdiction. Any lawsuit regarding the Painting that includes all interested and necessary parties can only be brought in New York state court. Accordingly, Romania has instructed us to file a lawsuit in state court. We ask that Christie's defer to the state court action and allow these claims to proceed in the proper forum.

The Painting is stolen property.  According to New York law, no buyer could obtain good title, whether or not they purchased in good faith, and Romania continues to the be rightful owner. We thus reiterate our demand that Christie's return the Painting to the State of Romania.

Sincerely,

Thaddeus J. Stauber
Partner

TJS/hlg

cc:      Aaron M. Brian, Esq.

**Official Statement on Romania's Ownership and Claim to the El Greco Painting at Christie's Live Auction no. 23924**

The *Saint Sebastian* painting by El Greco is unique part of Romania's cultural heritage and national art collection. The painting once belonged to King Carol I', Romania's first monarch, before it passed by will to the Romanian Crown upon the King's death in 1914. The painting is of great importance to Romania, and its national history, and is stolen property until it is returned to the Romanian State which holds its national art collection in trust for the Romanian people.

On behalf of the Romanian government, I have instructed my ministers and our attorneys to pursue recovery of the painting, which is scheduled for auction at Christie's, New York City, on February 5, 2025.   If this unique, historically significant, and irreplaceable painting is sold before Romania can have her ownership claims heard and adjudicated, it would cause immediate and irreparable harm to the State of Romania and her people.

**Prime Minister of Romania**

**Marcel Ciolacu**

29 January 2025

**Declarație oficială privind proprietatea și revendicarea tabloului El Greco de către România la licitația Christie's Live nr. 23924**

Tabloul Sfântul Sebastian, realizat de El Greco, reprezintă o parte unică a patrimoniului cultural și a colecției naționale de artă a României. Tabloul a aparținut regelui Carol I, primul monarh al României, înainte de a fi lăsat moștenire Coroanei României la moartea acestuia în 1914. Tabloul este de mare importanță pentru România și istoria sa națională și este proprietate deținută fără drept până când este restituită statului român care deține colecția națională de artă în administrare pentru poporul român.

În numele guvernului României, am mandatat miniștrii și avocații noștri să urmărească recuperarea picturii, care este programată pentru licitația Christie's, New York City, pe 5 februarie 2025. Dacă acest tablou unic, semnificativ din punct de vedere istoric și de neînlocuit este vândut înainte ca România să poată avea revendicările sale de proprietate audiate și judecate, ar provoca daune imediate și ireparabile Statului Român și poporului său.

**Prim-ministrul României**

**Marcel Ciolacu**

1

 

**MINISTRY OF FINANCE**　　　　**MINISTERUL FINANȚELOR**

| **Official Statement on Romania's Ownership and Claim to the El Greco Painting at Christie's Live Auction no. 23924** | **Declarație oficială privind proprietatea și revendicarea Tabloului El Greco de către România la licitația live a Christie's nr. 23924** |
|---|---|
| The Romanian Ministry of Finance, based on articles 1 (1) and (2) of Government Ordinance no. 6 as of 2024, is the Government authority entitled to initiate international litigation on behalf of the Romanian state and other governmental institutions. | Ministerul Finanțelor din România, în baza art. 1 alin (1) și (2) din Ordonanța Guvernului nr. 6 din 2024, este autoritatea guvernamentală abilitată să inițieze litigii internaționale în numele statului român și al altor instituții guvernamentale. |
| Based on the aforementioned legal provisions, | Pe baza dispozițiilor legale menționate mai sus, |
| the Romanian Ministry of Finance, hereby states that, as the representative of the Romanian Government, it is actively engaged in various efforts to recover paintings of universal value, that were gone missing and which are part historically and legally of the Crown Collection bequeathed to the Romanian state by King Carol I of Romania. These initiatives include various legal measures in Europe aimed to secure the return of this important part of national cultural heritage, by reclaiming possession and property thereof. | Ministerul Finanțelor al României, afirmă că, în calitate de reprezentant al statului român, este implicat activ în demersuri de recuperare a unor tablouri de valoare universală, care au dispărut și care fac parte istoric din Colecția Coroanei României, lăsate moștenire statului român de către Regele Carol I al României. Aceste inițiative includ diverse măsuri legale în Europa menite să asigure restituirea acestei părți importante a patrimoniului cultural național, prin revendicarea posesiei și proprietății acesteia. |
| The Romanian authorities have restarted the efforts on behalf of Romania to initiate the necessary procedures and legal measures to pursue the recovery of the missing paintings in any jurisdictions where such paintings are being identified. | Autoritățile române au reluat, în numele României, demersurile în vederea inițierii procedurilor și măsurilor legale necesare pentru urmărirea recuperării tablourilor dispărute în orice jurisdicție în care aceste tablouri sunt identificate. |
| One of the paintings that was bequeathed by the King Carol I of | Unul dintre tablourile care a fost lăsat moștenire statului român de către |

1

| | |
|---|---|
| Romania to the Romanian state, and which is part of the Romanian Crown Collection is a painting of Saint Sebastian by Doménikos Theotokópoulos, commonly known as **"El Greco"**(the "***Painting***"). This Painting is a unique and irreplaceable part of Romania's national collection. | Regele Carol I al României și, care face parte din Colecția Coroanei României, este o pictură a Sfântului Sebastian de Doménikos Theotokópoulos, cunoscut sub numele de „***El Greco***" (denumită în continuare „***Pictura***"). Această Pictură este o parte unică și de neînlocuit a colecției naționale a României. |
| The Romanian Government has been informed that the auction house Christie's has announced the upcoming public auction in New York of a painting of Saint Sebastian, attributed to El Greco (Live Auction no. 23924 , lot 11). The painting that is currently listed for auction is identical to the one that was part of the collection of 41 artworks bequeathed to the Romanian state by King Carol I upon his death in 1914. Details provided by the auction house further substantiate the conclusion that this painting belongs to the Romanian State's collection. Christie's provides the following provenance description for the "El Greco - San Sebastian" painting: | Guvernul României a fost informat de anunțul casei de licitații e Christie's privind licitația publică din New York a unui tablou cu Sfântul Sebastian, atribuit lui El Greco. Pictura, aflată în prezent pe lista de licitație (Licitație Directă nr. 23924, lot 11), pare a fi identică cu cea care a făcut parte din colecția de 41 de opere de artă lăsată moștenire statului român de către Regele Carol I la moartea sa, în 1914. Detaliile furnizate de casa de licitații fundamentează și mai mult concluzia că această pictură aparține colecției statului român. Christie's oferă următoarea descriere a provenienței pentru pictura „El Greco – San Sebastian ": |
| ”*King Carol I of Romania (1839-1914), Cotroceni Palace, Bucharest by 1898, bequeathed to the institution of the Romanian Crown by King Carol I in his Testament of 14 and 26 February 1899,* | „*Regele Carol I al României (1839-1914), Palatul Cotroceni, București prin 1898, lăsat moștenire instituției Coroanei Române de Regele Carol I în Testamentul său din 14 și 26 februarie 1899,* |
| *Property of the Romanian Crown, Bucharest, 1914-1947,* | *Proprietate a Coroanei Române, București, 1914-1947,* |
| *Ownership transferred to King Michael I of Romania (1921-2017), 11-12 November 1947, with the accord of the Romanian government, by whom sold to the below in 1976*" | *Proprietate transferată Regelui Mihai I al României (1921-2017), 11-12 noiembrie 1947, cu acordul Guvernului României, de către care vândută celor de mai jos în 1976*" |
| This provenance determination is false, insofar as the transfer of the Painting`s ownership from the Romanian Crown institution of the Romanian state to the other people. Romanian Ministry of | Această determinare a provenienței este falsă în ceea ce privește transferul de proprietate a Picturii de la instituția Coroanei Române a statului român către alte persoane. Ministerul |

2

| | |
|---|---|
| Finance unequivocally denies the contention that the painting Saint Sebastian by El Greco was transferred from the Romanian State / government's collection with its consent or *accord*. | Finanțelor din România neagă fără echivoc afirmația potrivit căreia Pictura Sfântul Sebastian de El Greco ar fi fost scoasă din colecția statului/guvernului Român cu consimțământul sau acordul acestuia. |
| There is no document on record that of a valid accord of the Romanian Government that would have transferred ownership of the Painting in 1947. | Nu există niciun document la dosar care să ateste un acord valabil al guvernului României prin care acesta ar fi transferat proprietatea Picturii în 1947. |
| Given the significance of such a work of art to universal and Romania's cultural heritage , the painting San Sebastian by El Greco that has been announced for sale in New York on the 5th of February 2025 by Christie's auction house is a unique and irreplaceable artwork that rightly belongs to the Romanian State and should return to Romania and its people. | Dată fiind importanța unei asemenea opere de artă pentru patrimoniul universal și al României, Pictura San Sebastian de El Greco care a fost anunțată spre vânzare la New York pe 5 februarie 2025 de către casa de licitații Christie's este o operă de artă unică și neînlocuibilă care aparține de drept statului român și care ar trebui să se revină României și poporului său. |

**MINISTRY OF FINANCE**

**Minister and Vice-prime minister
ministrul finanțelor**

TÁNCZOS Barna

**MINISTERUL FINANȚELOR**

**Viceprim-ministru,**

TÁNCZOS Barna

———————————

**Bucharest, January 30, 2025**

3





MINISTERUL CULTURII

## Official Statement on Romania's Ownership and Claim to the El Greco Painting at Christie's Live Auction no. 23924

**Preamble:** *The Ministry of Culture of Romania is the central public authority responsible for developing and implementing strategies and policies in the field of culture in Romania. It also ensures the international representation of the Romanian state in matters of art, culture, and heritage. The Ministry manages and oversees the administration of cultural assets and is dedicated to protecting cultural heritage. The Directorate of Cultural Heritage plays a important role in this mission considering its duties regarding the protection and enhancement of the national cultural heritage, movable, immovable, and intangible*

The Ministry of Culture of Romania, through its Directorate of Cultural Heritage, notes the presence in the auction announced by Christie's in New York, Live Auction no. 23294, for February 5, 2025, of a painting by Doménikos Theotokópoulos (called El Greco), namely the painting Saint Sebastian – lot 11 (hereinafter "**Painting**").

The Ministry hereby declares that (i) the painting identified at the Christie's auction in New York is the same Painting that

## Declarație oficială privind proprietatea și revendicarea Tabloului El Greco de către România la licitația live a Christie's nr. 23924

**Preambul:** *Ministerul Culturii din România este autoritatea publică centrală responsabilă de elaborarea și implementarea strategiilor și politicilor în domeniul culturii din România. De asemenea, asigură reprezentarea internațională a Statului Român în materie de artă, cultură și patrimoniu. Ministerul gestionează și supraveghează administrarea bunurilor culturale și este dedicat protejării patrimoniului cultural. Direcția Patrimoniului Cultural joacă un rol important în această misiune prin atribuțiile sale privind protejarea si valorificarea patrimoniului cultural național mobil, imobil si imaterial;*

Ministerul Culturii din România, prin Direcția Patrimoniului Cultural, ia act de prezența în licitația anunțată de Christie's la New York, Licitația directă nr. 23294, pentru data de 5 februarie 2025, a unui tablou al lui Doménikos Theotokópoulos (numit El Greco), respectiv tabloul Sfântul Sebastian – lot 11 (denumit în continuare "**Tabloul**").

Ministerul declară că (i) tabloul identificat la licitația de la New York este același tablou care aparține României si Colecției

1



MINISTERUL CULTURII

belongs to Romania and its Romanian Crown collection of paintings; (ii) the Painting is a unique and irreplaceable part of the national collection; and (iii) that the Painting is the indisputable property of the Romanian State.

The following analysis substantiates this claim by establishing the clear legal and historical ownership of the Painting, demonstrating its continuous status as public property of Romania.

## 1. Distinction Between Property Belonging to the Royal Crown and Property of the King.

From 1881 to 1947, the Kingdom of Romania was a parliamentary monarchy. Power was exercised by the Crown, a public institution embodied by a monarch, the King.   The Crown, as a public institution, is thus completely distinct from the King as an individual, a private person. This distinction is expressed by a strict dissociation between the heritage of the Crown and that of the King.  On the one hand, Crown assets are classified as institutional assets, belonging to a public authority (i.e. public property).

In this regard, the Romanian Crown Domains Law of 1884 (see Exhibit no. 1 – "Legea Domeniilor Coroanei") provides that the Crown has an autonomous legal status, as a public institution, further clarifying the aforementioned separation.

Coroanei României; (ii) Tabloul este o parte unică şi de neînlocuit a colecţiei naţionale; şi (iii) că Tabloul este proprietatea incontestabilă a statului român.

Analiza de mai-jos susţine această afirmaţie prin stabilirea dreptului clar de proprietate legală şi istorică a picturii, demonstrând statutul său continuu de proprietate publică a României.

## 1. Distincţia dintre Proprietatea aparţinând Coroanei Regale şi Proprietatea Regelui.

Din 1881 până în 1947, Regatul României a fost o monarhie parlamentară. Puterea era exercitată de Coroană, o instituţie publică întruchipată de un monarh, Regele. Coroana, ca instituţie publică, este astfel complet distinctă de Rege ca individ, ca persoană privată. Această distincţie este exprimată printr-o disociere strictă între moştenirea Coroanei şi cea a Regelui. Pe de o parte, activele Coroanei sunt clasificate ca active instituţionale, aparţinând unei autorităţi publice (adică proprietate publică).

În acest sens, Legea Domeniilor Coroanei din România din 1884 (a se vedea Anexa nr. 1 – "Legea Domeniilor Coroanei") prevede despre Coroană că are un statut juridic autonom, ca instituţie publică, clarificând în continuare separarea menţionată mai sus.

2

 MINISTERUL CULTURII

Under this law, certain properties of the Kingdom of Romania (State of Romania) are assigned to the public institution of the Crown. Article 2 of the Crown Domains Law provides that: "The Crown shall have the right to use the surface and subsoil of these properties without being subject to any charge. It shall have the power to exploit these properties directly or by lease." Furthermore, Article 10 of the Crown Domains Law provides that "for transactions to be carried out by the Crown in relation to its domains, the same legal provisions shall apply as for any other transaction carried out by the State concerning its properties, as well as for forestry offences committed to its detriment."

The Crown Domains Law thus attributes a specific legal regime to the Crown's assets, as assets of a public institution subject to the rules applicable to State public assets, unlike the King's assets. This law established a clear separation between the Crown's assets and those of the King.

Therefore, the Crown's assets belong to the State of Romania and are therefore public assets. The King is not the owner of them in his own right and therefore cannot dispose of them.

As such, considering that the Crown Domains Law establishes that the Crown, as a Romanian public institution, has the capacity to hold rights in property, the subsequent bequest of the Painting directly

În temeiul acestei legi, anumite proprietăți ale Regatului României (Statului Român) sunt alocate instituției publice a Coroanei. Articolul 2 din Legea Domeniilor Coroanei prevede: "Coroana are dreptul de a utiliza suprafața și subsolul acestor proprietăți fără a fi supusă niciunei taxe. Acesta va avea puterea de a exploata aceste proprietăți direct sau prin închiriere". Mai mult, articolul 10 din Legea Domeniilor Coroanei prevede că "pentru tranzacțiile care urmează să fie efectuate de Coroană în legătură cu domeniile sale, se aplică aceleași dispoziții legale ca și pentru orice altă tranzacție efectuată de Stat cu privire la proprietățile sale, precum și pentru infracțiunile forestiere comise în detrimentul său".

Legea Domeniilor Coroanei atribuie astfel un regim juridic specific activelor Coroanei, ca bunuri ale unei instituții publice supuse normelor aplicabile bunurilor publice ale Statului, spre deosebire de bunurile Regelui. Această lege a stabilit o separare clară între bunurile Coroanei și cele ale Regelui.

Prin urmare, bunurile Coroanei aparțin Statului Român și, prin urmare, sunt bunuri publice. Regele nu este proprietarul de drept și, prin urmare, nu poate dispune de ele.

Astfel, având în vedere că Legea asupra Domeniilor Coroanei stabilește că aceasta, ca instituție publică română, are capacitatea de a deține drepturi asupra bunurilor, legatul ulterior al Tabloului

3

 MINISTERUL CULTURII

to the Romanian Crown by King Carol I clarifies that the Painting became part of the Crown's patrimony, constituting public property of the Romanian State.

On the other hand, the King's private property belonged to him personally. He could dispose of it as he wished and in particular pass it on to his heirs. In that sense, the absence of the gallery of paintings from the inventory compiled on October 15, 1914, (see Exhibit no. 2 – Extracts from the "Royal Household – Personal – King Carol I"), confirms that the gallery of paintings was not considered part of King Carol I's private estate. Moreover, this confirms that the Painting was already regarded as public property belonging to the Crown.

### 2. The Painting Belongs to the Collection of King Carol I of Romania.

The Painting is part of the 212 paintings that made up the collection of King Carol I, who reigned from 26 March 1881 to 10 October 1914. His collection is listed in the catalogue of the "Old Paintings of the Carol I Gallery", established in 1898 by the royal librarian, Léo BACHELIN. The Disputed Painting is listed there (see Exhibit no. 3 – Extracts from the Old Paintings of the Carol I Gallery):

- "*San Sebastian*" is referenced under no. 169, p. 222 (90,2 x 70,5 cm.)

direct către Coroana Română de către Regele Carol I clarifică faptul că Tabloul a devenit parte din patrimoniul Coroanei, constituind proprietate publică a Statului Român.

Pe de altă parte, proprietatea privată a Regelui îi aparținea personal. El putea dispune de aceasta după cum dorea și, în special, o putea transmite moștenitorilor săi. În acest sens, absența galeriei de tablouri din inventarul întocmit la 15 octombrie 1914 (a se vedea Anexa nr. 2 – Extrase din "Casa Regală – Personal – Regele Carol I"), confirmă faptul că galeria de tablouri nu a fost considerată parte a averii private a regelui Carol I. Mai mult, acest lucru confirmă faptul că Tabloul era deja considerată proprietate publică aparținând Coroanei.

### 2. Tabloul aparține Colecției Regelui Carol I al României.

Tabloul face parte din cele 212 tablouri care au alcătuit Colecția Regelui Carol I, care a domnit între 26 martie 1881 și 10 octombrie 1914. Colecția sa este listată în catalogul "Picturi vechi ale Galeriei Carol I", înființat în 1898 de bibliotecarul regal, Léo BACHELIN. Tabloul disputat este listat în acest catalog (vezi Proba nr. 3 – Extrase din picturile vechi ale Galeriei Carol I):

- "*San Sebastian*" este menționat la

4

 Ministerul Culturii

nr. 169, p. 222 (90,2 x 70,5 cm.)

Following a thorough analysis on multiple historical and technical grounds conducted by the National Commission of Museums and Collections (see Exhibit no. 4 – Letter from 9 January 2025), the authority unequivocally confirms that the Painting presented at auction is indeed the San Sebastian painting that belonged to King Carol I and is now the property of Romania.

În urma unei analize amănunțite pe multiple motive istorice și tehnice efectuate de Comisia Națională a Muzeelor și Colecțiilor (vezi Anexa nr. 4 – Scrisoarea din 9 ianuarie 2025), autoritatea confirmă fără echivoc că Tabloul prezentat la licitație este într-adevăr tabloul San Sebastian care a aparținut Regelui Carol I și aparține acum României.

### 3. Bequest of the Painting Collection to the Crown Domains by King Carol I

### 3. Moștenirea Colecției de Pictură către Domeniile Coroanei de către Regele Carol I

In 1914, King Carol I bequeathed his collection to the Crown. In his will of 14/26 February, 1899, King Carol I indicated that the paintings in his personal collection would be passed on to the Crown and not to his heirs. He wanted them to remain in Romania *forever*. (see Exhibit no. 5 – Will of 14 and 26 February 1899 of Carol I of Romania):

În 1914, Regele Carol I și-a lăsat moștenire colecția Coroanei. În testamentul său din 14/26 februarie 1899, Regele Carol I a indicat că picturile din colecția sa personală vor fi transmise Coroanei și nu moștenitorilor săi. A vrut ca ele să rămână în România *pentru totdeauna*. (vezi Proba nr. 5 – Testamentul din 14 și 26 februarie 1899 al lui Carol I al României):

" *My gallery of paintings, as described in the illustrated catalogue of my librarian, Bachelin, will remain forever and in its entirety in the Country, as property of the Crown of Romania.*"

"*Galeria mea de tablouri, așa cum este descrisă în catalogul ilustrat al bibliotecarului meu, Bachelin, va rămâne pentru totdeauna și în întregime în Țară, ca proprietate a Coroanei României.*"

The will of King Carol I thus confirms the separation established in 1884 by the Romanian Law of Crown Domains between, on the one hand, the Crown's assets, which are public assets of the

Testamentul Regelui Carol I confirmă astfel separarea stabilită în 1884 de Legea română a domeniilor Coroanei între, pe de o parte, bunurile Coroanei, care sunt bunuri publice aparținând Regatului

5

 MINISTERUL CULTURII

Kingdom of Romania; and on the other hand, the King's private assets, which belong to him personally.

In his will, King Carol I stated his wish that the paintings in his personal collection, which belonged to him personally (and included the Painting), should become part of the Crown's heritage upon his death and therefore become public property. Therefore, upon his death in 1914, and by operation of his will, the ownership of the Painting was transferred to the Crown. The Painting thus became the property of the Kingdom of Romania, which is public property.

### 4. **Ownership of the Painting Under the Monarchy (1914-1947)**

From 1914 to 1947, the painting collection of King Carol I belonged to the Crown. King Carol I was succeeded by King Ferdinand I of Romania, who ruled from October 10, 1914 to July 20, 1927. King Ferdinand I's will, dated June 2, 1925, and his codicil, dated July 22, 1927, do not mention the Crown Collection.

Furthermore, the act of division of the property of King Ferdinand I expressly states that the collection of paintings previously bequeathed by King Carol I to the Crown is excluded from his estate (see Exhibit no. 6 – Act of Division of the property of the estate of King Ferdinand

României; și pe de altă parte, bunurile private ale Regelui, care îi aparțin personal.

În testamentul său, Regele Carol I și-a exprimat dorința ca picturile din colecția sa personală, care i-a aparținut personal (și care includeau Tabloul), să devină parte a patrimoniului Coroanei la moartea sa și, prin urmare, să devină proprietate publică. Prin urmare, la moartea sa în 1914 și prin efectul testamentului său, proprietatea asupra picturii a fost transferată Coroanei. Tabloul a devenit astfel proprietatea Regatului României, adică proprietate publică.

### 4. **Proprietatea picturii sub Monarhie (1914-1947)**

Din 1914 până în 1947, colecția de pictură a Regelui Carol I a aparținut Coroanei. Regele Carol I a fost succedat de Regele Ferdinand I al României, care a domnit de la 10 octombrie 1914 până la 20 iulie 1927. Testamentul Regelui Ferdinand I, datat 2 iunie 1925, și codicilul său, datat 22 iulie 1927, nu menționează Colecția Coroanei.

Mai mult, actul de împărțire a proprietății regelui Ferdinand I prevede în mod expres despre colecția de tablouri lăsată moștenire anterior de regele Carol I Coroanei că este exclusă din patrimoniul său (a se vedea Anexa nr. 6 – Actul de împărțire a proprietății moștenirii regelui

6

 Ministerul Culturii

I):

„*Peles Castle, with all the other castles, buildings and establishments therein, except the paintings and the collection of weapons from Peles Castle, left by the late King Carol I to the Crown of Romania.*"

A will holds binding and mandatory force as it represents the final, legally recognized expression of an individual's wishes regarding the distribution of their assets after death. The legal validity of a will cannot be undermined by a third party or even heirs, acting solely on their own volition and without proper legal grounds or justification.

This distribution was expressly approved and signed by the descendants of the Royal Family, including King Michael I through his appointed two regents. Thus, as additional evidence, the Royal Family consented to the Crown Collection being recognized as the property of the Crown, affirming and acknowledging its status as public domain of the State of Romania.

Consequently, the ownership of the Painting as part of the Romanian Crown Collection is further reinforced by the inventory of movable and immovable property left by the late King Ferdinand I of Romania, (see Exhibit no. 7 – file 3/1927, pages 5 and 13v, from the Royal House Annex – civil status records). On page 13v, it is explicitly stated that in

Ferdinand I):

"*Castelul Peleș, cu toate celelalte castele, clădiri și așezări de pe acesta, cu excepția picturilor și colecției de arme de la Castelul Peleș, lăsate de răposatul rege Carol I Coroanei României.*"

Un testament are forță obligatorie și opozabilă absolut, deoarece reprezintă expresia finală, recunoscută legal, a dorințelor unei persoane cu privire la distribuirea bunurilor sale după deces. Valabilitatea juridică a unui testament nu poate fi subminată de un terț sau chiar de moștenitori, acționând exclusiv din proprie inițiativă și fără temeiuri sau justificări legale adecvate.

Această distribuire a fost aprobată în mod expres și semnată de descendenții Familiei Regale, inclusiv de Regele Mihai I prin cei doi regenți numiți de el. Astfel, ca argumentare suplimentară, Familia Regală a consimțit în așa fel încât Colecția Coroanei să fie recunoscută ca proprietate a Coroanei, afirmându-i și recunoscându-i statutul de domeniu public - al Statului Român.

În consecință, proprietatea asupra tabloului ca parte a Colecției Coroanei Române este dovedită și de inventarul bunurilor mobile și imobile lăsat de răposatul rege Ferdinand I al României (a se vedea Anexa nr. 7 – dosar 3/1927, paginile 5 și 13v, din Anexa Casei Regale – acte de stare civilă). La pagina 13v, se menționează explicit că în Castelul Peleș

7

 MINISTERUL CULTURII

Peleş Castle are housed "*the gallery of paintings, the collection of weapons, and other items belonging to the Crown of Romania*".

Moreover, following the continuation of the monarchy in Romania, the Painting was consistently recognized as property of the Romanian Crown Collection.

(a)     1934 and 1937 Documentation: The Painting was documented in Alexandru Busuioceanu's catalogue, *The Greco Paintings from the Royal Collection of Romania – Fine Arts Gazette* (see Exhibit no. 8 – Les tableaux du Greco de la collection royale de Roumanie, Gazette de Beaux-Arts, May 1934, fig. 10)

(b)     1937 International El Greco Paris Exhibition: The Painting was formally presented at the International El Greco Exhibition in Paris as part of the Romanian Crown Collection, affirming its status as property of the Romanian state (see Exhibit no. 9 – handover report – for Paris El Greco Exhibition 1937);

(c)     1944 Relocation for Protection during Second World War: In 1944, as part of the Romanian Crown Collection, the Painting was relocated to the Săvârşin Castle for protection during the wartime period (see Exhibit no. 10 – archival records regarding the relocation to Săvârşin, 1944 which further served as a record of official correspondence among State officials during the communist era).

sunt adăpostite "*galeria de picturi, colecţia de arme şi alte obiecte aparţinând Coroanei României*".

Mai mult, în urma continuării Monarhiei în România, Tabloul a fost recunoscut în mod constant ca proprietate a Colecţiei Coroanei Române.

(a)  Documentaţia din 1934 şi 1937: Tabloul a fost documentat în catalogul lui Alexandru Busuioceanu, *Picturile El Greco din Colecţia Regală a României – Gazeta de Arte Frumoase* (vezi Anexa nr. 8 – Les tableaux du Greco de la collection royale de Roumanie, Gazette de Beaux-Arts, mai 1934, fig. 10)

(b) Expoziţia Internaţională El Greco Paris din 1937: Tabloul a fost prezentată oficial la Expoziţia Internaţională El Greco de la Paris ca parte a Colecţiei Coroanei Române, afirmându-şi statutul de proprietate a Statului Român (vezi Anexa nr. 9 – Raport de predare – pentru Expoziţia El Greco de la Paris din 1937);

(c) Relocarea din 1944 pentru protecţie in timpul celui De-al Doilea Război Mondial: În 1944, ca parte a Colecţiei Coroanei Române, Tabloul a fost mutat la Castelul Săvârşin pentru protecţie în perioada războiului (vezi Anexa nr. 10 – înregistrări de arhivă privind relocarea la Săvârşin, 1944, care a servit în continuare ca înregistrare a corespondenţei oficiale între oficialii Statului in perioada comunistă).

8

 MINISTERUL CULTURII

**5. The Republic Replaces the Monarchy. Continuity of the State of Romania and integration of the Crown**

King Michael I of Romania ruled from September 6, 1940 until his abdication on December 30, 1947. In 1947, the Romanian People's Republic replaced the Monarchy, as the continuity of the Romanian State. By the proclamation of the Romanian People's Republic of 1947, the Romanian Monarchy was abolished, the Crown's assets lost their specific regime to be in their entirety under the control of the Crown, and were reintegrated in the general public domain of the Romanian People's Republic.

Article 1 of Romanian Decree No. 38 of June 3, 1948 states that "*by virtue of Law No. 363 of 1947, on the establishment of the Romanian State in the Romanian People's Republic, published in the Official Gazette No. 300 bis of December 30, 1947, the Romanian State is, by right, reinstated, on the same date, in full ownership of all the assets that constituted the Crown Domain and those that were used or administered under the name of the Royal House, as well as the complete inventory of the assets, movable and immovable*" (see Exhibit no. 11 – Decree No. 38 of June 3, 1948). Thus, the Crown, as a public institution, was dissolved. The assets belonging to the Crown, including the paintings making up the collection of

**5. Republica înlocuiește Monarhia. Continuitatea Statului Român și integrarea Coroanei**

Regele Mihai I al României a domnit din 6 septembrie 1940 până la abdicarea sa, la 30 decembrie 1947. În anul 1947, Republica Populară Română a înlocuit Monarhia, ceasta reprezentând continuitatea Statului Român. Prin proclamarea Republicii Populare Române din 1947, Monarhia română a fost abolită, bunurile Coroanei și-au pierdut regimul specific de a fi în întregime sub controlul Coroanei și au fost reintegrate în domeniul public general al Republicii Populare Române.

Articolul 1 din Decretul Român nr. 38 din 3 iunie 1948 prevede că „*în virtutea Legii nr. 363 din 1947 privind constituirea Statului Român în Republica Populară Română, publicată în Monitorul Oficial nr. 300 bis din 30 decembrie 1947, Statul Român este, de drept, reintrat, la aceeași dată, în deplina proprietate asupra tuturor bunurilor care au constituit Domeniul Coroanei și asupra celor care erau folosite sau administrate sub denumirea de Casa Regală, precum și asupra întregului inventar al bunurilor, mobile și imobile*" (a se vedea Anexa nr. 11 conținând Decretul nr. 38 din 3 iunie 1948). Astfel, Coroana, ca instituție publică, a fost desființată. Bunurile aparținând Coroanei, inclusiv picturile care făceau parte din colecția lui

9

 MINISTERUL CULTURII

Carol I (including the Painting, were therefore reintegrated into the public domain of the State, that of the Romanian People's Republic. The Romanian State thus regained full use and administration of the assets attributed to the Crown, an institution of public law, which until then had the right to enjoy and use them (see above, article 2 of the Law on Crown Domains of 1884).

The Crown property has therefore fully become part of the public domain of the Romanian People's Republic. The paintings belonging to the Crown institution, including the Painting, have therefore become part of the national heritage of the Republic of Romania.

As a matter of Romanian constitutional and public institutions doctrine, the person of the king must be distinguished from the Crown as an institution. While not explicitly provided for by the at-the-time Constitution itself, the Crown's existence as an institution was recognized through various other legal instruments (including the Law mentioned above). This institutional character was accompanied by its own patrimony, and significantly, both movable and immovable assets belonging to the Crown were characterized by their inalienability. This fundamental distinction between the monarch's I capacity and the institutional nature of the Crown served to protect and preserve the national heritage entrusted to the Crown's custody (see Exhibit no. 12 –

Carol I (şi, în consecinţă, Tabloul), au fost astfel reintegrate în domeniul public al Statului Român, adică al Republicii Populare Române. Statul Român a redobândit astfel folosinţa şi administrarea deplină a bunurilor atribuite Coroanei, instituţie de drept public, care a avut până atunci drepturilde uzufruct şi folosinţă (a se vedea supra, articolul 2 din Legea asupra Domeniilor Coroanei din 1884).

Proprietăţile Coroanei au devenit astfel parte integrantă a domeniului public al Republicii Populare Române. Picturile aparţinând instituţiei Coroanei, inclusiv Tabloul, au intrat, aşadar, în patrimoniul naţional al Republicii România.

Din punct de vedere al doctrinei constituţionale şi instituţiilor publice româneşti, persoana regelui trebuie distinsă de Coroană ca instituţie. Deşi nu era prevăzută în mod explicit în Constituţia de la acea vreme, existenţa Coroanei ca instituţie a fost recunoscută prin diverse alte instrumente juridice (inclusiv Legea prezentată mai-sus). Acest caracter instituţional era însoţit de un patrimoniu propriu şi, în mod semnificativ, atât bunurile mobile, cât şi cele imobile aparţinând Coroanei erau caracterizate prin inalienabilitate. Această distincţie fundamentală între capacitatea a monarhului şi natura instituţională a Coroanei avea rolul de a proteja şi conserva patrimoniul naţional încredinţat în custodie Coroanei (a se vedea Anexa nr.

 MINISTERUL CULTURII

Legal Opinion by prof. Mircea Lepădătescu).

Last but not least, King Michael I's interview with Nicolae Manolescu (see Exhibit no. 13 of newspaper „Lumea Liberă" of 20.07.1991) offered further clarification, stating: *"It is somewhat paradoxical that the communist regime, on the basis of an inventory of so-called private properties, confiscated the Domains of the Crown. In reality, it confiscated **its own properties**, which were and have always been **state properties**. The State has confiscated its own property."*

This statement emphasizes the historical fact that the Romanian Crown Domains were, and had consistently been, state property. Consequently, they cannot be regarded as the King's personal possessions that he could pass title upon.

12 conținând opinia juridică a profesorului de drept constituțional Mircea Lepădătescu).

Finalmente, interviul acordat de Regele Mihai I lui Nicolae Manolescu (a se vedea Anexa nr. 13 conținând un extras din ziarul „Lumea Liberă" din 20.07.1991) a oferit clarificări suplimentare. În acest interviu Mihai I afirmă că: „*Este oarecum paradoxal că regimul comunist, pe baza unui inventar al așa-numitelor proprietăți private, a confiscat Domeniile Coroanei. În realitate, a confiscat **propriile sale proprietăți**, care au fost și au rămas întotdeauna **proprietăți ale statului**. Statul și-a confiscat propria proprietate.*"

Prezenta declarație evidențiază faptul istoric că Domeniile Coroanei Române au fost și au rămas în mod constant proprietate a statului. În consecință, ele nu pot fi considerate bunuri personale ale Regelui de care ar fi putut dispune.

### 6. **Conclusion**

Under Romanian law and as a result of King Carol I's will and bequest, the El Greco - Saint Sebastian painting became the property of the Romanian Crown as early as 1914. Subsequently, the Painting did not belong to any other persons, and they were not authorized to remove it from Romania, dispose of it as their personal property, or transfer its ownership. Movable property of the Romanian

### 6. **Concluzie**

Conform legii române și ca urmare a testamentului și legatului lăsat de Regele Carol I, tabloul Sfântul Sebastian – El Greco a devenit proprietatea Coroanei Române încă din anul 1914. Ulterior, Tabloul nu a aparținut unor alte persoane, iar acestea nu erau autorizate să îl scoată din România sau să dispună de el ca fiind proprietatea lor personală, nici să îi poată transmite proprietatea. Bunurile mobile ale

11

 Ministerul Culturii

Crown, including the Painting, became the property of the Romanian State by operation of law. Therefore, the Painting is and remains the property of the Romanian State under Romanian law and must be returned to its rightful owner - Romania.

The Ministry of Culture of Romania hereby asserts that the Romanian State is the rightful owner of the Painting, demands its immediate restitution, and calls for the immediate cessation of its sale at Christie's in New York, Live Auction 23294, scheduled for February 5, 2025. Should this unique and irreplaceable Painting be sold at the auction without Romania's claims of rightful ownership being heard and adjudicated, it would cause irreparable harm to the State of Romania, to its national heritage, and to its people.

Coroanei Române, inclusiv Tabloul, au devenit proprietatea Statului Român prin efectul legii. Prin urmare, tabloul este și rămâne proprietatea Statului Român conform legislației române și este considerat un bun care trebuie restituit proprietarului de drept - România.

Ministerul Culturii al României declară prin prezenta că Statul Român este proprietarul legitim al Picturii, solicită restituirea imediată a acesteia și cere încetarea imediată a vânzării sale de către casa de licitații Christie's din New York, în cadrul licitației nr. 23294, programată pentru 5 februarie 2025. În cazul în care acest Tablou unic și de neînlocuit ar fi vândut la licitație fără ca pretențiile de proprietate legitimă ale României să fie adresate și soluționate, acest lucru ar provoca un prejudiciu ireparabil Statului Român, patrimoniului său național și poporului său.

12

 Ministerul Culturii

**MINISTRY OF CULTURE**

**Minister**

**Natalia-Elena INTOTERO**



_____

**And**

**DIRECTORATE OF CULTURAL HERITAGE**

**Director**

**Mr. Emilian Gamureac**

_____

**Bucharest, January 30, 2025**

13