# EXHIBIT J



Nixon Peabody LLP
Tower 46
55 West 46th Street
New York, NY 10036-4120

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Thaddeus J. Stauber**
Partner

T / 212.224.7351
F / 866.877.2293
tstauber@nixonpeabody.com

January 29, 2025

***VIA EMAIL***

Jason Pollack, Esq.
General Counsel of the Americas
Christie's
20 Rockefeller Plaza
New York, NY 10020
JPollack@christies.com

RE:  Painting by Doménikos Theotokópoulos (called El Greco), titled *Saint Sebastian*, oil on canvas, oval 35 ½ x 27 ¾ in. (90.2 x 70.5 cm.)

Dear Jason:

We are counsel to the State of Romania in connection with its efforts to recover the painting by Doménikos Theotokópoulos (called El Greco), titled *Saint Sebastian*, oil on canvas, oval 35 ½ x 27 ¾ in. (90.2 x 70.5 cm.) (the "Painting"). According to the online material for your upcoming Old Masters Auction, February 5, 2025, New York, New York, Christie's is offering the Painting for sale. See: https://www.christies.com/en/lot/lot-6520216

As we discussed via telephone conference, the Painting is the lawful property of the State of Romania. Therefore, as we demanded in our telephone conference and reiterate here, the Painting is stolen properly and must be withdrawn from sale, retained, and safely kept by Christie's in New York City, and, once proper arrangements can be made, released and returned to our client Romania.

By his will of February 14 and 26, 1899, Romania's first Monarch, King Carol I, bequeathed the Painting to the Romanian Crown, upon his death (in 1914), with his entire painting gallery "*to remain, forever and in its entirety in the country, as property of the Romanian Crown.*"

The Romanian Crown is a public institution, owned by the state.

In 1947, by virtue of Romanian law, the Monarchy was dissolved and all Crown property, including the Painting, remained property of the Romanian State.

Contrary to Christie's published provenance ("*Ownership transferred to King Michael I of Romania (1921-2017), 11-12 November 1947, with the accord of the Romanian*

4913-9103-7460.2

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

*government*"), no ownership could have been transferred back to the King by an "accord"' of the Romanian government. Moreover, we understand from our conversation that Christie's has no written evidence of such "accord." Rather, as we discussed, the Painting remains the property of the Romanian State, and its removal from the country in November 1947, by former King Michael I, was unlawful. Christie's notice is false and misleading.

The Painting is stolen property and must be returned to its lawful owner. And because it is stolen property, according to New York law, no buyer of the Painting, good faith or not, has obtained good title, and thus, no buyer at your upcoming auction would receive good title.

Again, we demand that the Painting be withdrawn from the upcoming auction and returned to its rightful owner, the State of Romania. If Christie's and/or the consignor do not agree to this demand, in writing, by Thursday, January 30, 2025 at 11:00 am EST, we have been instructed to file a legal action to halt the sale and recover the Painting.

Regards,

Thaddeus J. Stauber
Partner

TJS

cc:   Consignor: Accent Delight c/o attorney Daniel Kornstein
      Aaron Brian, Esq.

4913-9103-7460.2