**MEMORANDUM ENDORSEMENT**

Paul Philippe of Romania, on behalf of the Estate of King Carol II of Romania v. Christie's, Inc.,
25 Civ. 1151 (LLS)

In their letters dated October 19, 2026, Accent Delight and Paul Philippe request a pre-motion conference regarding a motion to compel Romania to produce the 48 documents it withheld on the grounds of governmental process privilege. (Dkt. Nos. 91, 92). A conference is not necessary. Accent Delight and Paul Philippe may move jointly to compel production no later than thirty days after the date of this Order. Romania's response and any reply shall follow the timeline of Local Rule 6.1. Briefing on both sides of the issue should specify the privilege disputes as to each document contested, which may be accomplished in a short appendix not subject to the word limit of Local Rule 7.1.

In order to accommodate the extension of discovery necessitated by this briefing, the parties shall jointly file a proposed amended scheduling order by November 6, 2026.

So ordered.

Dated: New York, New York
October 29, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.