Case 1:25-cv-01151-LLS Document 109 Filed 11/10/26 Page 1 of 3

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILIPPE OF ROMANIA, on behalf of the ESTATE OF KING CAROL II OF ROMANIA,

Plaintiff,

-against-

CHRISTIE'S, INC.,

Defendant.

CHRISTIE'S, INC.,

Counterclaim and Third-Party Plaintiff

-against-

PAUL PHILIPPE OF ROMANIA, on behalf of the ESTATE OF KING CAROL II OF ROMANIA,

Counterclaim Defendant,

-and-

ACCENT DELIGHT INTERNATIONAL LTD and STATE OF ROMANIA,

Third-Party Defendants.

ACCENT DELIGHT INTERNATIONAL LTD,

Interpleader Defendant and Crossclaim Plaintiff,

-against-

PAUL PHILIPPE OF ROMANIA, on behalf of the ESTATE OF KING CAROL II OF ROMANIA, and STATE OF ROMANIA,

Interpleader Defendants and Crossclaim Defendants.

Case No.: 1:25-cv-01151-LLS

~~[PROPOSED]~~ AMENDED SCHEDULING ORDER

LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/26

Pursuant to the Court's Order dated October 29, 2026 (Dkt. No. 103), the Case Discovery Plan and Scheduling Order (Dkt. No. 76), as amended by the Court's Orders of June 30, 2026 (Dkt. No. 85) and October 1, 2026 (Dkt. No. 89), is further amended as follows:

1. Motion to compel. Accent Delight International Ltd. ("Accent Delight") and Paul Philippe of Romania ("Paul Philippe") shall file any joint motion to compel the State of Romania ("Romania") to produce the documents it has withheld under the governmental process privilege (the "Privilege Motion") by November 30, 2026. Romania shall file its opposition by December 14, 2026, and any reply shall be filed by December 21, 2026.

2. Amended deadlines. The following deadlines are amended as shown:

| **Event** | **Current deadline** | **Amended deadline** |
|---|---|---|
| Non-party depositions | November 9, 2026 | December 7, 2026 |
| Close of fact discovery | December 7, 2026 | January 4, 2027 |
| Initial expert reports | December 7, 2026 | January 4, 2027 |
| Rebuttal expert reports | January 14, 2027 | February 11, 2027 |
| Reply expert reports | February 4, 2027 | March 4, 2027 |
| Expert depositions | March 18, 2027 | April 15, 2027 |
| Close of expert discovery | April 11, 2027 | May 10, 2027 |
| Romania's proposed findings of fact | April 16, 2027 | May 14, 2027 |
| Paul Philippe's and Accent Delight's responses to Romania's proposed findings of fact | April 26, 2027 | May 24, 2027 |
| Romania's responses to Paul Philippe and Accent Delight | May 7, 2027 | June 4, 2027 |
| Proposed Pre-Trial Order | May 24, 2027 | June 21, 2027 |
| Dispositive motions | May 24, 2027 | June 21, 2027 |

3. Timely discovery disputes. Discovery that the Court orders or permits on a discovery dispute presented to the Court before the close of fact discovery, including the Privilege Motion and Paul Philippe's letter motion concerning Romania's Rule 30(b)(6) deposition and Dr. Conțu (Dkt. No. 99), and any follow-up discovery limited to the documents, information or testimony so produced, may be completed after the close of fact discovery, within 45 days after the production or ruling from which it arises, but no later than March 15, 2027, absent further order of the Court.

4. Supplemental expert reports. If documents, information or testimony are produced under paragraph 3 or 6 after initial expert reports are served, any party may serve a supplemental expert report limited to that material within 30 days after the related discovery is completed, and any other party may serve a responsive report within 21 days thereafter. Any deposition concerning a supplemental report shall be limited to that report and completed within 21 days after the responsive report. These supplemental reports shall not otherwise alter the deadlines in paragraph 2.

5. Contention interrogatories. Contention interrogatories under Local Civil Rule 33.3(c) may be served no later than the later of February 1, 2027 and 14 days after the completion of discovery under paragraph 3 concerning the Privilege Motion and Paul Philippe's letter motion (Dkt. No. 99), and shall be answered within 30 days after service.

6. Paul Philippe's deposition and the Kimbell Art Museum. Paul Philippe's deposition shall be completed by January 31, 2027 (Dkt. No. 104). The deposition of the Kimbell Art Museum shall proceed as the Court orders on Paul Philippe's letter motion (Dkt. No. 102).

7. Other provisions. All other provisions of the Case Discovery Plan and Scheduling Order (Dkt. No. 76), as amended, remain in effect.

SO ORDERED.

Dated: New York, New York
Nov. 9, 2026

Louis L. Stanton
Hon. Louis L. Stanton
United States District Judge